DOA 11-7-16

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Alejandro Gabriel Roldan,<br>a.k.a.: Alejandro Gabriel Roldan-Vasquez,<br>a.k.a.: Alejandro Roldan,<br>(A 095 283 262)<br>*Defendant* | Case No. 16-8429MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 7, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Alejandro Gabriel Roldan, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 18, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

*Complainant's signature*

Luis E. Teran,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 8, 2016

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Luis E. Teran, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 7, 2016, while following a lead, the Phoenix ICE Priority Enforcement Program (PEP) team encountered Alejandro Gabriel Roldan on East Brown Road, in Mesa, Arizona. At the scene, PEP officers interviewed Roldan and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Roldan was transported to the Phoenix ICE office for further investigation and processing. Roldan was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Alejandro Gabriel Roldan to be a citizen of Mexico and a previously deported criminal alien. Roldan was removed from the United States to Mexico through Nogales, Arizona, on or about January 18, 2013, pursuant to the reinstatement of an order of removal issued by an immigration judge.

1

There is no record of Roldan in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Roldan's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Alejandro Gabriel Roldan was convicted of Deported Alien Found in the United States, a felony offense, on December 20, 2011, in the United States District Court, Southern District of California. Roldan was sentenced to thirty-three (33) months' imprisonment and three (3) years' supervised release. Roldan's criminal history was matched to him by electronic fingerprint comparison.

5. On November 7, 2016, Alejandro Gabriel Roldan was advised of his constitutional rights. Roldan freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 7, 2016, Alejandro Gabriel Roldan, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 18, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to

reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Luis E. Teran,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 8th day of November, 2016.

_____
John Z. Boyle,
United States Magistrate Judge

3